# First District Court of Appeal
## State of Florida

_____

No. 1D17-3109
_____

MICHAEL J. FARRELL,

Appellant,

v.

STATE OF FLORIDA, et al.,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

March 29, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Michael J. Farrell, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.